IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Wichita Docket)

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | } |
| Plaintiff, | } |
| vs. | } Case No. 12-__10100__-01-__MLB__ |
| **AMY RENAE LONGBINE,** | } |
| Defendant. | } |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

That on or about December 12, 2010, within the District of Kansas and elsewhere, the defendant,

**AMY RENAE LONGBINE,**

knowingly and intentionally possessed with the intent to distribute about 880 grams of a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 2

That on or about December 12, 2010, within the District of Kansas and elsewhere, the defendant,

**AMY RENAE LONGBINE,**

knowingly and intentionally possessed with the intent to distribute about 2,600 grams of a

2

mixture or substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

**A TRUE BILL.**

04/24/2012                                                             s/ Foreman
Date                                                                        Foreman of the Grand Jury


s/ Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, KS 672020
barry.grissom@usdoj.gov
Ks. S. Ct. No. 10866

[It is requested that jury trial be held in Wichita, Kansas.]